UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROLAND F. TULLIER     CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER     NO. 07-77-FJP-CN
OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Administrative Law Judge's decision shall be affirmed and the plaintiff's appeal shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 5, 2008.

_F. J. Polozola_
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

by James J. Brady
U.S.D.J.

Doc#45113